# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PO ☐ | Assigned 417-4-1706 Disp./Sentence | ☐ WRIT | U.S. VS. ● | DOE, John (LAST, FIRST, MIDDLE) a/k/a Lane, a/k/a James Halperin a/k/a James Halperen, a/k/a Frank Davis | Case Filed 06/17/87 | Docket No. 00023 | Def. 05 |
| Misd. ☐ | | ☐ JUVENILE | | | | | |
| Felony ☒ District | Off Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:952(a) & 960 & 18:2 | Importation of Schedule I non-narcotic controlled substance & aiding & abetting (Ct. 1) | 1 | |
| 21: 841(a)(1) & 18:2 | possession w/intent to distribute Schedule I non-narcotic controlled substance & aiding & abetting (Ct. 2) | 1 | |

SUPERSEDING COUNTS →

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE: 6/17/87 APPLICABLE ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a)☐ 1st appears on pending charge /R40  b)☐ Receive file R20/21  c)☐ Supsdg: ☐ Indt ☐ Inf  d)☐ Order New trial  e)☐ Remand  f)☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE / APPLICABLE: ☐ Dismissal ☐ Pled guilty {After N.G. / After nolo} ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant — Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons — Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
01-Walters, 02-Bruer, 03-Zimmerman, 04-Hooper, 05-Doe, 06-Godwin, 07-Theodore

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Ou

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS — U.S. Attorney or Asst.**

J. Douglas McCullough

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non / Other  6 ☐ PD  7 ☐ CD

### BAIL ● RELEASE

**PRE-INDICTMENT**

Release Date:
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive ☐ Pers. Rec ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**

Release Date:
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive ☐ Pers. Rec ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Yr 87 | Docket No 00023 | Def 05 | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE OF | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|

V. PROCEEDINGS

| | | |
|---|---|---|
| 6/17/87 | 1 | MOTION TO SEAL by U. S. Atty.     lc: U. S. Atty. |
| 6/17/87 | 2 | ORDER - indictment to be sealed - further ordered that Clerk may temporarily unseal the indictment for the limited purpose of issuing arrest warrants for the defts. & providing filed cys. to U. S. Atty. upon request (Alexander B. Denson, U. s. Mag. lc: U. S. Atty.) |
| 6/17/87 | 3 | REQUEST FROM U. S. ATTORNEY FOR ISSUANCE OF WARRANTS |
| 6/17/87 | 4 | ISSUED WARRANT FOR ARREST OF DEFT. - orig. & 1 u. S. Marshal - orig. & 1 U. S. Marshal |
| 6/24/87 | 5 | INDICTMENT, filed (unsealed) lc: Judge Britt; Mag. Denson; U. S. Atty. P. O.; U. S. Marshal & New Bern office       ag |
| 3-14-88 | 6. | **ORDER**   FOR DISMISSAL - for the reason that he has now been identified and indicted under his true, legal name. Judge Britt, CR OB # 6, p213 cys. to U.S. Atty., Probation, Marshal (ent. 3-14-88)    ms |
| 3/22/88 | 7. | RETURN ON ARREST WARRANT-returned unexecuted; superceded by warrant issued Feb. 23, 1988 under true name of James Allen HALPERIN (case no. 88-13-03-CR-4 Judy Weinbrenner, Enf. Ass't        bb |